IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAWRENCE M. JIRON,

    Plaintiff,

v.                                             No. CV 19-791 RB/CG

JARED POLIS, et al.,

    Defendants.

## ORDER DENYING MOTION FOR SERVICE

**THIS MATTER** is before the Court on Plaintiff Lawrence Jiron's Motion for a copy of his Complaint-15 USC, 1127-1072-1051. (Doc. 13). This Court dismissed Mr. Jiron's Complaint for lack of jurisdiction. (Doc. 8); (Doc. 9). Mr. Jiron then appealed to the United States Court of Appeals for the Tenth Circuit. (Doc. 10). The Tenth Circuit affirmed this Court's dismissal for lack of jurisdiction and issued its Mandate. (Doc. 18).

Mr. Jiron's present Motion appears to direct the Court to serve his Complaint on the Defendants. (Doc. 13). Mr. Jiron's Motion, however, was filed after his Notice of Appeal. (Doc. 10); (Doc. 13). Following issuance of the Tenth Circuit's Mandate, Mr. Jiron's Motion is now moot.

**IT IS THEREFORE ORDERED** that Plaintiff Lawrence Jiron's Motion for a copy of his Complaint-15 USC, 1127-1072-1051, (Doc. 13), is **DENIED AS MOOT** and this case is closed.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE